**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-22-00439-CV**
_____

**IN THE INTEREST OF A.C., S.C., AND J.C. III**

_____

**On Appeal from the County Court at Law No. 3**
**Montgomery County, Texas**
**Trial Cause No. 16-10-11665-CV**

_____

**MEMORANDUM OPINION**

On October 11, 2022, the trial court signed a default final order in a suit affecting the parent-child relationship. The trial court denied Quianna Monique Carpenter's motion to set aside the default judgment. On December 29, 2022, Carpenter filed a notice of appeal.

On April 24, 2023, we notified the parties that the appellant's brief had been received, but not filed, because the brief lacked the required certificate of service. Through a notice issued by the Clerk of the Court, we notified the appellant that by May 5, 2023, she was required to serve a copy of her brief on the appellee's attorney

1

and to provide a certificate of service to this Court. On May 16, 2023, we notified the parties that the appellant had failed to provide the Court with the certificate of service regarding her brief, and we notified her unless we received a certificate of service by May 23, 2023, her appeal would be submitted on the record alone. We also warned the appellant that her appeal could be dismissed for want of prosecution were the appeal to be submitted without briefs.

On June 12, 2023, we notified the parties that the appeal would be submitted on July 3, 2023, without briefs and without oral argument. *See* Tex. R. App. P. 39.8. In the absence of a brief assigning error for our review, we dismiss Carpenter's appeal for want of prosecution. *See id*. 38.8(a)(1); *id*. 42.3(b), 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on July 3, 2023
Opinion Delivered July 13, 2023

Before Golemon, C.J., Horton and Johnson, JJ.